**STATE of Missouri, Respondent,**

v.

**Ricky Lee HOPKINS, Appellant.**

**No. WD 42793.**

Missouri Court of Appeals,
Western District.

Nov. 13, 1990.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

### ORDER

PER CURIAM:

Defendant appeals from conviction of possession of a weapon in a correctional facility under the authority of the Department of Corrections. § 217.360.1(4), RSMo 1986.

The judgment of conviction is affirmed. Rule 30.25(b).